**Order entered September 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00680-CV

## IN RE PRINCE OF PEACE CHRISTIAN SCHOOL, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-06418-2019**

## ORDER

Before Chief Justice Burns, and Justices Myers and Evans

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the petition for a writ of mandamus as to the trial court's order denying relator's plea to the jurisdiction. We **ORDER** respondent, within thirty days of the date of this Order, to issue an order granting relator's plea to the jurisdiction and dismissing the case and to file a copy of that order with this Court. Should respondent fail to comply with this Order, the writ will issue. We also **LIFT** the stay of the proceedings in the trial court.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE